STEPHEN JONES, RESPONDENT, v. U-DRIVE-IT COMPANY ET AL., APPELLANT.

Submitted October 31, 1930—Decided February 2, 1931.

For the respondent, *Henry Pass.*

For the appellant, *Perkins & Drewen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.